| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-31639 / MBK

April Emmert

Petition Filed Date: 11/15/2019
341 Hearing Date: 12/12/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/04/2019 | $752.00 | 63802340 | | | | | | |

**Total Receipts for the Period: $752.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,256.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | April Emmert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ | Attorney Fees | $3,610.00 | $0.00 | $3,610.00 |
| | | No Disbursements: No Check | | | |
| 1 | NJHESAA | Unsecured Creditors | $1,884.71 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,273.87 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »»  2017 TOYOTA CAMRY | | | | |
| 4 | CAPITAL ONE, NA | Unsecured Creditors | $3,020.13 | $0.00 | $0.00 |
| | »»  KOHL'S | | | | |
| 5 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $2,591.91 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC | Unsecured Creditors | $4,782.02 | $0.00 | $0.00 |
| | »»  SHERMAN ORIGINATOR | | | | |
| 7 | Wells Fargo Bank, NA | Secured Creditors | $1,499.14 | $0.00 | $0.00 |
| | | Hold Funds: Pending Resolution | | | |
| 8 | WF Bank NA | Unsecured Creditors | $2,238.24 | $0.00 | $0.00 |
| | | Hold Funds: Pending Resolution | | | |
| 9 | Wells Fargo Bank, NA | Secured Creditors | $3,243.29 | $0.00 | $0.00 |
| | | Hold Funds: Pending Resolution | | | |
| 10 | Wells Fargo Bank, NA | Unsecured Creditors | $1,372.79 | $0.00 | $0.00 |
| | | Hold Funds: Pending Resolution | | | |
| 11 | LAKEVIEW LOAN SERVICING LLC | Mortgage Arrears | $37,686.09 | $0.00 | $0.00 |
| | »»  P/168 LIBERTY AVE/1ST MTG | | | | |

**Chapter 13 Case No. 19-31639 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,256.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $752.00 |
| Paid to Trustee: | $162.42 | Arrearages: | $0.00 |
| Funds on Hand: | $2,093.58 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**