| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-31639 / MBK**

April Emmert

Petition Filed Date: 11/15/2019
341 Hearing Date: 12/12/2019
Confirmation Date: 03/25/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $752.00 | 64564280 | 02/06/2020 | $752.00 | 65414410 | 03/06/2020 | $752.00 | 66203540 |
| 04/08/2020 | $860.00 | 66983990 | 05/07/2020 | $860.00 | 67743190 | 06/09/2020 | $860.00 | 68534120 |
| 07/09/2020 | $860.00 | 69282450 | 08/12/2020 | $860.00 | 70072670 | 09/15/2020 | $860.00 | 70860010 |
| 10/19/2020 | $860.00 | 71644130 | 11/16/2020 | $860.00 | 72239520 | 12/16/2020 | $860.00 | 73094090 |
| 01/19/2021 | $860.00 | 73871760 | 02/19/2021 | $860.00 | 74623950 | | | |

**Total Receipts for the Period: $11,716.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,468.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | April Emmert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | KHEAA<br>»» STUDENT LOAN/NJHESAA | Unsecured Creditors | $1,884.71 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,273.87 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 2017 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $3,020.13 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» COMENITY | Unsecured Creditors | $2,591.91 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $4,782.02 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA<br>»» BOB'S DISCOUNT FURNITURE | Secured Creditors | $1,499.14 | $220.76 | $1,278.38 |
| 8 | WF Bank NA<br>»» BOB'S DISCOUNT FURNITURE | Unsecured Creditors | $2,238.24 | $0.00 | $0.00 |
| 9 | Wells Fargo Bank, NA<br>»» EMPIRE TODAY | Secured Creditors | $3,243.29 | $477.63 | $2,765.66 |
| 10 | Wells Fargo Bank, NA<br>»» EMPIRE TODAY | Unsecured Creditors | $1,372.79 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»» P/168 LIBERTY AVE/1ST MTG/ORDER 3/27/202 | Mortgage Arrears | $37,686.09 | $5,549.71 | $32,136.38 |

**Chapter 13 Case No. 19-31639 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | |
|---|---|
| Total Receipts: $12,468.00 | Percent to General Unsecured Creditors: 0% |
| Paid to Claims: $9,858.10 | Current Monthly Payment: $860.00 |
| Paid to Trustee: $994.82 | Arrearages: $0.00 |
| Funds on Hand: $1,615.08 | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**