| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-31639 / MBK

April Emmert

Petition Filed Date: 11/15/2019
341 Hearing Date: 12/12/2019
Confirmation Date: 03/25/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | $860.00 | 73871760 | 02/19/2021 | $860.00 | 74623950 | 04/30/2021 | $1,800.00 | 76327090 |
| 08/06/2021 | $3,440.00 | 78644740 | 09/17/2021 | $860.00 | 79502720 | 10/15/2021 | $878.00 | 80151470 |
| 11/16/2021 | $878.00 | 80855350 | 12/16/2021 | $878.00 | 81515430 | 01/18/2022 | $878.00 | 82155120 |

**Total Receipts for the Period: $11,332.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | April Emmert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | KHEAA<br>»» STUDENT LOAN/NJHESAA | Unsecured Creditors | $1,884.71 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,273.87 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 2017 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $3,020.13 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» COMENITY | Unsecured Creditors | $2,591.91 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $4,782.02 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA<br>»» BOB'S DISCOUNT FURNITURE | Secured Creditors | $1,499.14 | $524.84 | $974.30 |
| 8 | WF Bank NA<br>»» BOB'S DISCOUNT FURNITURE | Unsecured Creditors | $2,238.24 | $0.00 | $0.00 |
| 9 | Wells Fargo Bank, NA<br>»» EMPIRE TODAY | Secured Creditors | $3,243.29 | $1,135.48 | $2,107.81 |
| 10 | Wells Fargo Bank, NA<br>»» EMPIRE TODAY | Unsecured Creditors | $1,372.79 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»» P/168 LIBERTY AVE/1ST MTG/ORDER 3/27/202 | Mortgage Arrears | $37,686.09 | $13,193.74 | $24,492.35 |
| 12 | LAKEVIEW LOAN SERVICING LLC<br>»» 168 LIBERTY AVE/ATTY FEES 9/2/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 19-31639 / MBK**

| 0 | James J. Cerbone, Esq. | Attorney Fees | $500.00 | $500.00 | $0.00 |
|---|---|---|---|---|---|
|   | »» ORDER 9/17/21 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,080.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $19,502.06 | Current Monthly Payment: | $878.00 |
| Paid to Trustee: | $1,773.69 | Arrearages: | $798.00 |
| Funds on Hand: | $804.25 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*! Register today at www.ndc.org or scan this code to get started.

