| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023

**Chapter 13 Case No. 19-31639 / MBK**

April Emmert

Petition Filed Date: 11/15/2019
341 Hearing Date: 12/12/2019
Confirmation Date: 03/25/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $878.00 | 82155120 | 03/07/2022 | $878.00 | 83216940 | 04/08/2022 | $878.00 | 83940750 |
| 05/09/2022 | $1,760.00 | 84570660 | 07/21/2022 | $1,800.00 | 86001830 | 10/28/2022 | $1,760.00 | 87914040 |
| 10/28/2022 | $878.00 | 87919170 | 11/15/2022 | $878.00 | 88267470 | 12/16/2022 | $878.00 | 88849960 |
| 01/17/2023 | $878.00 | 89443420 | 02/17/2023 | $878.00 | 90038020 | | | |

**Total Receipts for the Period: $12,344.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,546.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | April Emmert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | KHEAA<br>»»  STUDENT LOAN/NJHESAA | Unsecured Creditors | $1,884.71 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,273.87 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»»  2017 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $3,020.13 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY | Unsecured Creditors | $2,591.91 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $4,782.02 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA<br>»»  BOB'S DISCOUNT FURNITURE | Secured Creditors | $1,499.14 | $898.19 | $600.95 |
| 8 | WF Bank NA<br>»»  BOB'S DISCOUNT FURNITURE | Unsecured Creditors | $2,238.24 | $0.00 | $0.00 |
| 9 | Wells Fargo Bank, NA<br>»»  EMPIRE TODAY | Secured Creditors | $3,243.29 | $1,943.16 | $1,300.13 |
| 10 | Wells Fargo Bank, NA<br>»»  EMPIRE TODAY | Unsecured Creditors | $1,372.79 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/168 LIBERTY AVE/1ST MTG/ORDER 3/27/202 | Mortgage Arrears | $37,686.09 | $22,578.86 | $15,107.23 |
| 12 | LAKEVIEW LOAN SERVICING LLC<br>»»  168 LIBERTY AVE/ATTY FEES 9/2/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 19-31639 / MBK**

| 0 | James J. Cerbone, Esq. | Attorney Fees | $500.00 | $500.00 | $0.00 |
|---|---|---|---|---|---|
|   | »» ORDER 9/17/21 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,546.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $30,068.21 | Current Monthly Payment: | $878.00 |
| Paid to Trustee: | $2,663.01 | Arrearages: | $746.00 |
| Funds on Hand: | $814.78 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

