| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James J Cerbone ESQUIRE- 4036<br>2430 Highway 34<br>Building B, Suite 22<br>Wall, NJ 08736<br><br>(732) 681-6800<br>Attorney for debtor | Case No.: | 19-31639 |
| | Chapter: | 13 |
| In Re:<br><br>APRIL EMMERT | Adv. No.: | |
| | Hearing Date: | 2/14/2024 |
| | Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, <u>Cindy Duncan</u>                :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for <u>James J. Cerbone, Esq</u>, who represents <u>debtor</u> in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____1/10/2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Reinstate the Automatic Stay
    Certification of Debtor's
    Proposed Order
    Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/10/2024                                    /s/Cindy A Duncan
                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KML Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>For Lakeview Loan Servicing | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |