Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 19-31639 / MBK**

April Emmert

Petition Filed Date: 11/15/2019  
341 Hearing Date: 12/12/2019  
Confirmation Date: 03/25/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2023 | $878.00 | 89443420 | 02/17/2023 | $878.00 | 90038020 | 03/20/2023 | $878.00 | 90650180 |
| 05/01/2023 | $878.00 | 91399090 | 06/02/2023 | $878.00 | 91983580 | 07/11/2023 | $1,756.00 | 92694230 |
| 09/05/2023 | $878.00 | 93624440 | 09/25/2023 | $878.00 | 93957760 | 11/14/2023 | $878.00 | 94818390 |
| 12/12/2023 | $878.00 | 95282170 | 01/03/2024 | $878.00 | 95622790 | | | |

**Total Receipts for the Period: $10,536.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,326.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | April Emmert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | KHEAA<br>»» STUDENT LOAN/NJHESAA | Unsecured Creditors | $1,884.71 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,273.87 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 2017 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $3,020.13 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» COMENITY | Unsecured Creditors | $2,591.91 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $4,782.02 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA<br>»» BOB'S DISCOUNT FURNITURE | Secured Creditors | $1,499.14 | $1,156.96 | $342.18 |
| 8 | WF Bank NA<br>»» BOB'S DISCOUNT FURNITURE | Unsecured Creditors | $2,238.24 | $0.00 | $0.00 |
| 9 | Wells Fargo Bank, NA<br>»» EMPIRE TODAY | Secured Creditors | $3,243.29 | $2,502.97 | $740.32 |
| 10 | Wells Fargo Bank, NA<br>»» EMPIRE TODAY | Unsecured Creditors | $1,372.79 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»» P/168 LIBERTY AVE/1ST MTG/ORDER 3/27/2020/SV 1/5/24 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $37,686.09 | $29,083.69 | $8,602.40 |

**Chapter 13 Case No. 19-31639 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LAKEVIEW LOAN SERVICING LLC | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| | »»  168 LIBERTY AVE/ATTY FEES 9/2/21/SV 1/5/24 | | | | |
| 0 | James J. Cerbone, Esq. | Attorney Fees | $500.00 | $500.00 | $0.00 |
| | »»  ORDER 9/17/21 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,326.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $37,391.62 | Current Monthly Payment: | $878.00 |
| Paid to Trustee: | $3,324.12 | Arrearages: | $746.00 |
| Funds on Hand: | $1,610.26 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

